Order entered December 4, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-01697-CV

**CURTIS B. WISE, Appellant**

V.

**SR DALLAS, LLC, Appellee**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-07-03956-J**

## ORDER

The Court has before it appellee/cross-appellant's November 28, 2012 unopposed second motion to extend time to file brief. The Court **GRANTS** the motion and **ORDERS** appellee/cross-appellant to file its brief by December 7, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

MOLLY FRANCIS
JUSTICE